CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN HAWKINS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 08-903 (JR) |
| ) | |
| NOVARTIS PHARMACEUTICALS ) | Category   B |
| CORPORATION ) | |
| ) | |
| Defendants ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on May 30, 2008 from Judge Ricardo M. Urbina to Judge James Robertson by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Robertson & Courtroom Deputy
      Judge Urbina & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk